# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALFONZO GABRIEL ARIAS, BETUEL CASTRO CAMACHO, WILLIAN ALBERTO GIMENEZ GONZALEZ, LUIS ADRIAN GOMEZ, JUAN CARLOS MONTANO, and LATINO UNION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, HOME DEPOT U.S.A., INC., ANGEL MARTINEZ, ERIC GAYTAN, ALEJANDRO ROJAS, DONNIE REID, CHICAGO POLICE OFFICER JOHN DOES, and HOME DEPOT JOHN DOES, <br><br> Defendants. | No. 1:24-cv-06859 |

## DEFENDANTS HOME DEPOT, ALEJANDRO ROJAS, AND DONNIE REID'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Home Depot, Alejandro Rojas, and Donnie Reid (collectively "the Home Depot Defendants") respectfully move this Honorable Court to dismiss with prejudice the Complaint filed by Plaintiffs on August 6, 2024 as to the Home Depot Defendants. The bases for dismissal are detailed in the accompanying memorandum of law.

Dated: November 18, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Zachary Fardon*
Zachary Fardon (ARDC No. 6292156)
Jade R. Lambert (ARDC No. 6290000)
Leksa V. Pravdic (ARDC No. 6339531)
110 N. Wacker Drive, Suite 3800
KING & SPALDING LLP
Chicago, IL 60606

Phone: (312) 995-6333
zfardon@kslaw.com
jlambert@kslaw.com
lpravdic@kslaw.com

*Counsel for Home Depot USA, Inc.,
Alejandro Rojas, and Donnie Reid*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I caused the foregoing to be filed using the Court's electronic filing system which provides service to all counsel of record.

Dated: November 18, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Zachary Fardon*
Zachary Fardon (ARDC No. 6292156)
Jade R. Lambert (ARDC No. 6290000)
Leksa V. Pravdic (ARDC No. 6339531)
110 N. Wacker Drive, Suite 3800
KING & SPALDING LLP
Chicago, IL 60606
Phone: (312) 995-6333
zfardon@kslaw.com
jlambert@kslaw.com
lpravdic@kslaw.com

*Counsel for Home Depot USA, Inc.,
Alejandro Rojas, and Donnie Reid*