**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Alfonzo Gabriel Arias, et al.
                          Plaintiff,

v.                                           Case No.: 1:24−cv−06859
                                                             Honorable Joan H. Lefkow

City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. No appearances by City of Chicago. The pending motions to dismiss [31] and [41] are terminated as moot, an amended complaint having been filed. The parties are to submit a joint proposed scheduling order by 5/7/2025. A status hearing is set for 5/14/2025 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.